UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIRALDIE JESUS AGUILAR LOZADA,

                    Petitioner,

       v.

JULIO HERNANDEZ, Seattle Acting Field
Office Director, Enforcement and Removal
Operations, et al.,

                    Respondents.

CASE NO. 2:26-cv-00967-TL

ORDER ON STATUS REPORT

On April 9, 2016, the immigration court granted Petitioner's application for adjustment of status under 8 U.S.C. § 1255(a). *See* Dkt. No. 9-1 at 2. The Government reserved appeal; its deadline to do so was May 11, 2026. *Id.* at 3.

//

//

//

ORDER ON STATUS REPORT – 1

Given this development, Respondents are ORDERED to provide a status report as to the immigration and detention status of Petitioner. Respondents SHALL provide such information to the Court **no later than 4:00 p.m. PDT on May 15, 2026.**

Dated this 14th day of May, 2026.

Tana Lin
United States District Judge

ORDER ON STATUS REPORT – 2