UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIRALDIE JESUS AGUILAR LOZADA,

Petitioner,

v.

JULIO HERNANDEZ, Seattle Acting Field
Office Director, Enforcement and Removal
Operations, et al.,

Respondent.

CASE NO. 2:26-cv-00967-TL

ORDER OF DISMISSAL

On May 20, 2026, the Court ordered Petitioner to advise the Court as to whether his petition for writ of habeas corpus (Dkt. No. 1) had been mooted by his release from immigration detention (*see* Dkt. No. 11 (Respondents' status report) at 1). Dkt. No. 12. On May 25, 2025, Petitioner filed a response, in which he asserted that "the relief sought in the Petition for Writ of Habeas Corpus, namely release from immigration detention, has now been obtained." Dkt. No. 13 at 2. Petitioner advised further that "no remaining collateral consequence redressable

ORDER OF DISMISSAL – 1

through this habeas action remains," and he requested that the Court dismiss his petition as moot. *Id.*

Therefore, because the absence of a "remaining collateral consequence" deprives Petitioner of constitutional standing to continue prosecuting this case, the Court hereby DISMISSES Petitioner's petition as moot. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . , there must be some remaining 'collateral consequence' that may be redressed by success on the petition."). The Court further DIRECTS the Clerk to close this case.

Dated this 26th day of May, 2026.

Tana Lin
United States District Judge

ORDER OF DISMISSAL – 2